MARY WHITE, as Administratrix of the Estate of JAMES WHITE, Deceased, Respondent, *v.* THE EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant.

*White* v. *Emigrant Industrial Savings Bank,* 146 App. Div. 591, affirmed.

(Argued April 8, 1912; decided April 30, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 8, 1911, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover an amount on deposit with defendant to the credit of plaintiff's intestate.

*Richard O'Gorman* for appellant.

*William F. Hagarty* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, WERNER, HISCOCK and CHASE, JJ. Dissenting: CULLEN, Ch. J., WILLARD BARTLETT and COLLIN, JJ.